**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Minnesota

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Christopher <br> First name <br> John <br> Middle name <br> Kovanda <br> Last name <br><br> Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 1 9 5 <br> OR <br> 9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br> OR <br> 9 xx – xx – ____ ____ ____ ____ |

Debtor 1   **Christopher John Kovanda**

First Name ___ Middle Name ___ Last Name

Case number (*if known*) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business names or EINs.

Kovanda Plastic Surgery, P.L.L.C.
Business name

Aesthetic Institute of Edina, PLLC
Business name

2 6 – 4 7 5 8 8 6 0
EIN

4 7 – 4 8 6 9 0 5 1
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

**5. Where you live**

1547 East 33rd Street
Number   Street

_____

Minneapolis ___ MN ___ 55407
City ___ State ___ ZIP Code

Hennepin
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number   Street

Post Office Box 390144
P.O. Box

Edina ___ MN ___ 55439
City ___ State ___ ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number   Street

_____

_____
City ___ State ___ ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City ___ State ___ ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

| Debtor 1 | Christopher John Kovanda | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

❑ Chapter 7

❑ Chapter 11

❑ Chapter 12

☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

❑ Yes.   District _____   When _____   Case number _____
                                        MM / DD / YYYY

       District _____   When _____   Case number _____
                                        MM / DD / YYYY

       District _____   When _____   Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❑ Yes.   Debtor _____   Relationship to you _____

       District _____   When _____   Case number, if known_____
                                        MM / DD / YYYY

       Debtor _____   Relationship to you _____

       District _____   When _____   Case number, if known_____
                                        MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.   Go to line 12.

❑ Yes.   Has your landlord obtained an eviction judgment against you?

       ❑ No. Go to line 12.

       ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | Christopher John Kovanda | Case number *(if known)* |
|---|---|---|
| | First Name   Middle Name   Last Name | |

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                                          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?   _____
Number        Street

_____

_____
City                                          State          ZIP Code

---

Debtor 1    __Christopher John Kovanda_____    Case number *(if known)*_____
            First Name    Middle Name    Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Christopher John Kovanda
First Name Middle Name Last Name
Case number (if known)

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

x [signature] x

Signature of Debtor 1 | Signature of Debtor 2

Executed on 6/26/2020
MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1  Christopher John Kovanda
First Name  Middle Name  Last Name

Case number (if known)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ //Howard A Lazarus

Signature of Attorney for Debtor

Date  05/08/2020

MM  /  DD  / YYYY

Howard Aaron Lazarus
Printed name

The Law Office of Howard Lazarus
Firm name

3800 American Boulevard West
Number  Street

Suite 1500

Bloomington
City

MN
State

55431
ZIP Code

Contact phone  651-434-7590

Email address  halazlaw@gmail.com

0184196
Bar number

MN
State

Debtor 1     Christopher John Kovanda                                    Case number (if known)_____
             First Name     Middle Name     Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No

☐ Yes. Name of Person_____
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _____          ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date    06/26/2020                       Date    _____
        MM / DD  / YYYY                          MM /  DD  / YYYY

Contact phone    (612) 462-0307          Contact phone    _____

Cell phone    (612) 462-0307             Cell phone    _____

Email address    cjkovanda@yahoo.com     Email address    _____

**Fill in this information to identify your case:**

Debtor 1    Christopher      John      Kovanda
        First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number _____
        (If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
|    1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................ | $ 603,254.00 |
|    1b. Copy line 62, Total personal property, from *Schedule A/B* .......................................... | $ 832,494.00 |
|    1c. Copy line 63, Total of all property on *Schedule A/B* ................................................... | $ 1,435,748.00 |

### Part 2:   Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 756,958.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................. | $ 332,642.00 |
|    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................. | + $ 911,543.00 |
|                    **Your total liabilities** | $ 2,001,143.00 |

### Part 3:   Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
|    Copy your combined monthly income from line 12 of *Schedule I* ................................................. | $ 23,908.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
|    Copy your monthly expenses from line 22c of *Schedule J* ....................................................... | $ 14,156.00 |

| Debtor 1 | Christopher | John | Kovanda | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$  25,544.00

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 111,112.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 64,454.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 126,144.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 301,710.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Christopher _____ Kovanda
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.** 1547 East 33rd Street
Street address, if available, or other description

_____

Minneapolis        MN    55407
City                State    ZIP Code

Hennepin
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** 02-028-24 14 0026

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
$ 225,000.00

Current value of the portion you own?
$ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** 6120 Kavanaugh Lane
Street address, if available, or other description

_____

East Gull Lake    MN    55401
City                State    ZIP Code

Cass
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** 87-415-0165

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
$ 381,000

Current value of the portion you own?
$ 190,500

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Tenancy in Common

☐ Check if this is community property (see instructions)

Debtor 1    Christopher    _____    Krenda    _____    Case number *(if known)*_____

First Name    Middle Name    Last Name

---

1.3.    _____    **What is the property?** Check all that apply.    | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

_____

City    State    ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one.

_____

County

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

---

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** …………………… ➜    $    190,500.00

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1.    Make:    Toyota    **Who has an interest in the property?** Check one.    | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:    Highlander

Year:    2011

Approximate mileage:    11,100

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Current value of the entire property?**    **Current value of the portion you own?**

Other information:

Hybrid

☐ **Check if this is community property** (see instructions)

$    6,500.00    $    0.00

If you own or have more than one, describe here:

3.2.    Make:    Chevrolet    **Who has an interest in the property?** Check one.    | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:    Aveo

Year:    2005

Approximate mileage:    200,000

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Current value of the entire property?**    **Current value of the portion you own?**

Other information:

Kelly Blue Book value

☐ **Check if this is community property** (see instructions)

$    250    $    250

---

Debtor 1    Christopher                                Kwanda                    Case number *(if known)*_____
           First Name    Middle Name    Last Name

3.3.   Make:           _____

       Model:          _____

       Year:           _____

       Approximate mileage: _____

       Other information:

       [_____]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

3.4.   Make:           _____

       Model:          _____

       Year:           _____

       Approximate mileage: _____

       Other information:

       [_____]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

     ☑ No
     ☐ Yes

4.1.   Make:           _____

       Model:          _____

       Year:           _____

       Other information:

       [_____]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

If you own or have more than one, list here:

4.2.   Make:           _____

       Model:          _____

       Year:           _____

       Other information:

       [_____]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........................................................➔

$ _____250.00

Debtor 1    Christopher        Kwanda                    Case number (if known)_____
            First Name    Middle Name    Last Name

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples*: Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe.........    beds, dressers, tables, benches, chairs, love seat, couch, futon, desk, rugs    $              6,780.00

7.  **Electronics**
    *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes. Describe.........    radio, turntable, records, CDs, computer, DVDs, DVD player, video projector, home tools    $              1,000.00

8.  **Collectibles of value**
    *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ☑ Yes. Describe.........    Books, Art,  decor, model train, coin and stamp collections, frames, racing go kart, remote control racing cars, Old Town Kayak    $              4,950.00

9.  **Equipment for sports and hobbies**
    *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☑ Yes. Describe.........    bicycles, skateboards, scooter, skis, snowboard, weights, bench, guitar, golf clubs, backpacking equipment, trampoline, ice skates    $              1,170.00

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........    Henry Eagle rifle    $                700.00

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..........    Clothes    $              1,500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe..........    Quello wedding ring    $                  40

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe..........    Dog    $                300.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ..............    $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................➔    $            16,440.00

Debtor 1    Christopher            Kovanda

First Name        Middle Name        Last Name                    Case number *(if known)*_____

---

| Part 4: | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ............................................................................................................................    Cash: ................... $_____50

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Wells Fargo Bank | $ 1,332.00 |
| 17.2. Checking account: | Firefly Credit Union | $ 6,980.00 |
| 17.3. Savings account: | Wells Fargo Bank | $ 1.00 |
| 17.4. Savings account: | Firefly Credit Union | $ 61,806.00 |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | Sunrise Bank | $ 19,438.40 |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................        Institution or issuer name:

$_____
$_____
$_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.......................

| Name of entity: | % of ownership: | |
|---|---|---|
| Kovanda Plastic Surgery, P.L.L.C. | 100.00 % | $ 0 |
| Aesthetic Institute of Edina, P.L.L.C. | 100.00 % | $ 0 |
| Kovanda Aesthetic Surgery, P.C. | 10,000% % | $ 0.00 |

---

Debtor 1    Christopher                    Kwenda                    Case number *(if known)*_____
            First Name    Middle Name      Last Name

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific        Issuer name:
    information about
    them......................    _____    $_____
                                  _____    $_____
                                  _____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each        Type of account:       Institution name:
    account separately.

            401(k) or similar plan:    Cornerstone Private Asset Trust Company       $        603,111

            Pension plan:              _____       $_____

            IRA:                       _____       $_____

            Retirement account:        Spectrum Employee Benefits                    $          8400

            Keogh:                     _____       $_____

            Additional account:        _____       $_____

            Additional account:        _____       $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☑ Yes .......................    Institution name or individual:

            Electric:                  _____       $_____

            Gas:                       _____       $_____

            Heating oil:               _____       $_____

            Security deposit on rental unit: _____       $_____

            Prepaid rent:              Mann Companies                                $     110,000.00

            Telephone:                 _____       $_____

            Water:                     _____       $_____

            Rented furniture:          _____       $_____

            Other:                     _____       $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes .......................    Issuer name and description:

                                  _____    $_____
                                  _____    $_____
                                  _____    $_____

---

Debtor 1    Christopher     Kwanda                         Case number *(if known)*_____
         First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes ................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____    $_____
    _____    $_____
    _____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific
       information about them....   [                              ]    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific
       information about them....   [                              ]    $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ☑ Yes. Give specific
       information about them....   [ Minnesota License to practice Medicine #41657 and KPS Website ]    $_____250.00

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ☑ Yes. Give specific information
       about them, including whether
       you already filed the returns
       and the tax years. ......................
       [ 2017 Minnesota Property Tax Refund ]
       Federal:   $_____
       State:     $_____2387
       Local:     $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information.............
       Alimony:              $_____
       Maintenance:          $_____
       Support:              $_____
       Divorce settlement:   $_____
       Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
       Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information.............
       [                              ]    $_____

Debtor 1   Christopher   Middle Name   Kovanda   Case number *(if known)*_____

First Name    Middle Name    Last Name

**31. Interests in insurance policies**

*Examples:* Health, disability, **or** life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company
of each policy and list its value. ...

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
| | Pro. & Comm. Liability Insurance | Chris Kovanda | $ 0 |
| | Prudential Life Insurance | Chris's Estate | $ 0 |
| | USAA | Chris Kovanda | $ 0 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............. [                    ]   $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ................... [                    ]   $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim. ............. Fed and MN Pandemic Unemployment Assistance $834 / week   $ 0.00

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............ [                    ]   $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................   ➜   $ 813,755.40

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe....... [                    ]   $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe....... Computer   $ 750.00

Debtor 1     Christopher          Known          Case number (if known)_____
           First Name     Middle Name     Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe.......

| Professional Books | $ 500.00 |

41. **Inventory**

☐ No
☑ Yes. Describe.......

| | $ |

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.......

Name of entity:                              % of ownership:

_____     _____%     $_____
_____     _____%     $_____
_____     _____%     $_____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe.......

| | $ |

44. **Any business-related property you did not already list**

☐ No
☑ Yes. Give specific information .........

KPS's Prepaid Expense account with Agiliti Health Inc     $ 798.68
_____     $_____
_____     $_____
_____     $_____
_____     $_____
_____     $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................➔     $ 2,048.68

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No
☐ Yes ......................

| | $ |

Debtor 1    Christopher    Kwanda    Case number *(if known)*_____
             First Name    Middle Name    Last Name

48. **Crops—either growing or harvested**
☑ No
☐ Yes. Give specific information............                                        $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes.........................                                                        $_____

50. **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes.........................                                                        $_____

51. **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific information............                                        $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........➔    $          0.00

---

### Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information............                                        $_____
                                                                                     $_____
                                                                                     $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........➔    $          0.00

---

### Part 8:    List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ...........➔                                   $      603,254.00

56. Part 2: Total vehicles, line 5        $      250.00

57. Part 3: Total personal and household items, line 15    $   16,440.00

58. Part 4: Total financial assets, line 36    $   748,327.00

59. Part 5: Total business-related property, line 45    $    1,250.00

60. Part 6: Total farm- and fishing-related property, line 52    $       0.00

61. Part 7: Total other property not listed, line 54    + $       0.00

62. **Total personal property.** Add lines 56 through 61. ...........    $   832,494.00    Copy personal property total ➔ + $   832,494.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62...........    $   1,435,748.00

Official Form 106A/B    Schedule A/B: Property    page 10

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CHRISTOPHER | JOHN | KOVANDA |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1547 E 33rd St, Mpls<br>Line from *Schedule A/B*: 1.1 | $ 0.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(1) |
| Brief description: Household Furnishigs<br>Line from *Schedule A/B*: 6 | $ 6,780.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(3) |
| Brief description: Toyota Highlander<br>Line from *Schedule A/B*: 3.1 | $ 0.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☑ No

       ☐ Yes

Debtor 1    CHRISTOPHER            JOHN            KOVANDA        Case number *(if known)*_____
            First Name    Middle Name    Last Name

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2005 Chevy Aveo<br>Line from Schedule A/B: 3.2 | $ 250.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(5)<br>_____ |
| Brief description: Audio Visual<br>Line from Schedule A/B: 7 | $ 1,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(3)<br>_____ |
| Brief description: Personal Books<br>Line from Schedule A/B: 8 | $ 500 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(3)<br>_____ |
| Brief description: Art<br>Line from Schedule A/B: 8 | $ 750.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(3)<br>_____ |
| Brief description: Decorations, Frames<br>Line from Schedule A/B: 8 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(3)<br>_____ |
| Brief description: Home Tools<br>Line from Schedule A/B: 7 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(3)<br>_____ |
| Brief description: Computer<br>Line from Schedule A/B: 39 | $ 750.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(6)<br>_____ |
| Brief description: Quello Wedding Ring<br>Line from Schedule A/B: 12 | $ 40.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(4)<br>_____ |
| Brief description: Professional Books<br>Line from Schedule A/B: 40 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(6)<br>_____ |
| Brief description: K.P.S., PLLC<br>Line from Schedule A/B: 19 | $ 0 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(6)<br>_____ |
| Brief description: A.I.E., PLLC<br>Line from Schedule A/B: 19 | $ 0 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(6)<br>_____ |
| Brief description: Medical License<br>Line from Schedule A/B: 27 | $ 0 | ☑ $ 0<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(6)<br>_____ |

Addendum of Answers to Schedule C

| Sch AB Line | Description | Value Owned | Exemption Value | Exemption Law |
|---|---|---|---|---|
| 31 | Professional & Commercial Liability Insurance | 0 | 0 | 11USC522d6 |
| 31 | Prudential Life Insurance | 0 | 0 | 11USC522d7 |
| 31 | USAA Insurance | 0 | 0 | 11USC522d2 |
| 13 | Dog | 300 | 300 | 11USC522d3 |
| 8 | Model Train | 100 | 100 | 11USC522d5 |
| 8 | Racing Go Kart | 1000 | 1000 | 11USC522d5 |
| 8 | 2 remote control racing cars | 250 | 250 | 11USC522d5 |
| 9 | Tommy Armour Golf Clubs and Calloway Bag | 125 | 125 | 11USC522d5 |
| 9 | Backpacking Equipment: 2 back packs, 2 day packs, 1 tent, 2 sleeping bags | 100 | 100 | 11USC522d5 |
| 8 | Coin Collection Miscellaneous uncirculated quarters, dollars and fifty cent pieces ranging from 1964 -- 2015 | 650 | 650 | 11USC522d5 |
| 8 | Stamp Collection two binders of commemorative stamps, ranging from 1977 -- 1990 | 450 | 450 | 11USC522d5 |

| | | | | |
|---|---|---|---|---|
| 10 | Henry Eagle Scott Rifle | 700 | 700 | 11USC522d5 |
| 9 | Bicycles | 300 | 300 | 11USC522d5 |
| 2 touring, 1 cruiser and 1 mountain bike type | | | | |
| 9 | Skateboards | 175 | 175 | 11USC522d5 |
| Five skateboards and one scooter | | | | |
| 9 | Skis | 225 | 225 | 11USC522d5 |
| three pairs of skis, 3 snow boards, boots | | | | |
| 9 | Weights and Bench | 75 | 75 | 11USC522d5 |
| twelve miscellaneous dumbbells and bench | | | | |
| 8 | Kayak | 250 | 250 | 11USC522d5 |
| "Old Town" kayak with paddle | | | | |
| 9 | Guitar | 100 | 100 | 11USC522d5 |
| 9 | Outdoor Trampoline | 50 | 50 | 11USC522d5 |
| 9 | one pair ice skates | 20 | 20 | 11USC522d5 |
| 11 | Clothing | 1500 | 1500 | 11USC522d3 |
| 21 | 401k Plan | 603,111 | 603,111 | 11USC522d10E |
| Through Cornerstone P. Asset Trust | | | | |
| 21 | Profit Sharing Plan | 8400 | 8400 | 11USC522d10E |
| 27 | License | 0 | 0 | 11USC522d6 |
| Minnesota Board of Medicine License to practice | | | | |
| 34 | Unemployment Rights | 0 | 0 | 11USC522d10A |

Unemployment pay of $834 per week while Petitioner is able to meet all eligibility requirements including not being able to practice profession, temporarily, because of Governor's stay at home edict due to Covid-19.

| 19 | Stock in Kovanda | 0 | 0 | 11USC522d6 |

Kovanda Aesthetic Surgery, P.C.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Christopher | John | Kovanda |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Minnesota

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1  Fifth Third Bank**

Creditor's Name
5050 Kingsley Drive
Number        Street

Cincinnati        OH    45227
City            State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    11/1/16

**Describe the property that secures the claim:**
1547 East 33rd Street, Minneapolis, MN

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    2  0  5  4

Column A: $ 205,154    Column B: $ 222,254.00    Column C: $ 0

**2.2  Chase Home Bank**

Creditor's Name
Post Office Box 182613
Number        Street

Columbus        OH    43218
City            State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    var

**Describe the property that secures the claim:**
6120 Kavanaugh Lane Unit 612
East Gull Lake, Minnesota  55401

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    9  5  9  5

Column A: $ 284,606    Column B: $ 381,000    Column C: 0

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $ 489,760.00

| Debtor 1 | Christopher | John | Kovanda | Case number *(if known)* _____ |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** |
| --- | --- |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. |

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
| --- | --- | --- | --- |

---

**2.3 Firefly FCU FKA US FCU**
Creditor's Name

1400 Riverwood Drive
Number        Street

Burnsville            MN    55337
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    10/30/18

Describe the property that secures the claim:

1547 East 33rd Street, Minneapolis, MN 55407

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    3  4  3  9

| $ 24,600 | $ 17,100.00 | $ 7,500.00 |

---

**2.5 Toyota Motor Credit**
Creditor's Name

Post Office Box 9786
Number        Street

Cedar Rapids        IA    52409
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    060816

Describe the property that secures the claim:

2011 Toyota Highlander Hybrid

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    3  2  6  3

| $ 9967 | $ 6,500.00 | $ 3,467.00 |

---

**2.5 Wells Fargo Bank**
Creditor's Name

MAC D4404-03A
Number        Street

Post Office Box 2715

Winston Salem    NC    2710227
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    7/15/15

Describe the property that secures the claim:

All Business Property. See Addendum.
Also see MCCD on Addendum.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    4  1  7  1

| $ 901,582.00 | $ 243,598.00 | $ 657,984.0 |

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 936,149.00 |
| --- | --- |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ 1,473,859.00 |

| Debtor 1 | Christopher | John | Kovanda | | Case number *(if known)*_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Mortgage Electronic Registration Systems
Name

Post Office Box 2026
Number    Street

Flint                      MI          48501
City                      State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.2

Last 4 digits of account number  9  5  9  5

☐ Mortgage Electronic Registration Systems
Name

N25 W23255 Paul Road
Number    Street

Pewaukee                   WI          53072
City                      State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.2

Last 4 digits of account number  9  5  9  5

☐ Waterstone Mortgage Corporation
Name

N25 /w23255 Paul Road
Number    Street

Pewaukee                   WI          53072
City                      State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.2

Last 4 digits of account number  9  5  9  5

☐
Name

Number    Street

City                      State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  2  0  5  4

☐
Name

Number    Street

City                      State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  ___  ___  ___  ___

☐
Name

Number    Street

City                      State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  ___  ___  ___  ___

## SCHEDULE D

Line 2.5: As can be seen in its petition, the total assets of Kovanda Plastic Surgery, PLLC, is
$243,598. Also, likewise the total assets of Aesthetic Institute of Edina, PLLC is zero. The first
secured creditor is Wells Fargo Bank. The total claim is $901,582.21. The account ends with
4171. This claim is secured by the value of all of debtor's business assets through mutual
agreement, According to Aesthetic Institute of Edina, PLLC's petition, it has zero assets. Thus,
the entity "Total business assets" has a value of $243,598. Also, thus, Wells Fargo has an
unsecured nonpriority claim of $657,984.21. The address for Wells is MAC D4404-03A, P.O.
Box 2715, Winston Salem, North Carolina  27102-2715

Line 2.6: The second creditor that was originally set up to be secured was Metropolitan
Consortium of Community Developers (M.C.C.D.). Its total claim is $47,950.14. The account
ends with 1483. This claim is secured by the value of all of debtor's business assets through
mutual agreement. However, after taking into account the securing of as much as possible for
Wells Fargo Bank, there is no amount left to secure M.C.C.D.'s loan. Thus, M.C.C.D. now has
an unsecured claim. M.C.C.D.'s address is 3137 Chicago Avenue, Minneapolis 55407.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | CHRISTOPHER    JOHN    KOVANDA |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number | |
| (If known) | |

☐ Check if this is an
   amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
    each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
    nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
    unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | Cornerstone Private Asset Trust Co | Last 4 digits of account number ___ ___ ___ ___ | $ 89,882.00 | $ 89,882.00 | $            0 |
| | Priority Creditor's Name | | | | |
| | 2101 West 41st Street, #2000 | When was the debt incurred?  2019-2020 | | | |
| | Number          Street | | | | |
| | Sioux Falls          SD   57105 | As of the date you file, the claim is: Check all that apply. | | | |
| | City          State   ZIP Code | ☐ Contingent | | | |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  401k loans

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | Cornerstone P.A. Trust Company | Last 4 digits of account number ___ ___ ___ ___ | $ 43,800.00 | $ 20,480.00 | $ 23,320.00 |
| | Priority Creditor's Name | | | | |
| | 2101 West 41st Street | When was the debt incurred?  Various | | | |
| | Number          Street | | | | |
| | Suite 2000 | | | | |
| | Sioux Falls          SD   57105 | As of the date you file, the claim is: Check all that apply. | | | |
| | City          State   ZIP Code | ☐ Contingent | | | |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  Employee 401k plan (supp)

Debtor 1    CHRISTOPHER    JOHN    KOVANDA
First Name    Middle Name    Last Name    Case number (if known)

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

### 2.4

**Spectrum Employee Benefits**
Priority Creditor's Name

P. O. Box 290
Number    Street

Breckenridge          MN      56520
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  Employee Profit Sharing Plan

Total claim $ 15,358   Priority amount $ 15,358   Nonpriority amount $ 0

### 2.5

**Internal Revenue Service**
Priority Creditor's Name

Post Office Box 7346
Number    Street

Philadelphia          PA      19101
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 1 9 5

**When was the debt incurred?**   12/31/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Total claim $ 53,697   Priority amount $ 53,697   Nonpriority amount $ 0

### 2.5

**See Addedums to EF and EF/G**
Priority Creditor's Name

Number    Street

City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Total claim $ 42,161.00   Priority amount $ 30,932.0   Nonpriority amount $ 11,229.00

| Debtor 1 | CHRISTOPHER | JOHN | KUVANDA | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1** Wells Fargo Visa Business Card
Nonpriority Creditor's Name

Post Office Box 29482
Number      Street

Phoenix      AZ      850388650
City      State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1  4  8  9

When was the debt incurred?  Various

$ 9,796.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Related to A.I.E.,PLLC

---

**4.2** Wells Fargo Visa Business Card
Nonpriority Creditor's Name

Post Office Box 29482
Number      Street

Phoenix      AZ      850388650
City      State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  1  6  5

When was the debt incurred?  Various

$ 9,717.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Related to K.P.S., PLLC

---

**4.3** Bank of America
Nonpriority Creditor's Name

Post Office Box 15284
Number      Street

Wilmington      DE      19850
City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9  8  1  3

When was the debt incurred?  9/19/2001

$ 30,789.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Debtor 1    CHRISTOPHER          JOHN         KOVANDA
            First Name    Middle Name    Last Name

Case number *(if known)*_____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.4**

Wells Fargo Mastercard Small Business
Nonpriority Creditor's Name

Post Office Box 29482
Number        Street

Phoenix                          AZ        850388650
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0  5  2  9

When was the debt incurred?   Various

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Related to K.P.S., PLLC

$ 49,933.00

---

**4.5**

See Addendums to Sch EF and EF/G
Nonpriority Creditor's Name

EF/G List to be filed Under Seal with Court
Number        Street

due to HIPPA
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

**4.6**

TIAA Commercial Finance Inc.
Nonpriority Creditor's Name

10 Waterview Boulevard
Number        Street

Parsippany                       NJ        07054
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  7  4  5  9

When was the debt incurred?   02/06/2020

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Telephone Svcs

$ 19,836.00

---

Debtor 1    CHRISTOPHER        JOHN        KOVANDA
           First Name    Middle Name    Last Name              Case number *(if known)*

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Bank of America
Name

Post Office Box 982238
Number      Street

El Paso                    TX      79998
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.3  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  9   8   1   3

---

U.S. Small Busiess Administration
Name

409 Third Street SW
Number      Street

Washington                 DC      20416
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.4  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Name

Number      Street

City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Name

Number      Street

City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Name

Number      Street

City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Name

Number      Street

City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Name

Number      Street

City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Debtor 1 ___CHRISTOPHER_____JOHN_____KOVANDA_____   Case number (if known)_____
        First Name         Middle Name      Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

**6. Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  | | Total claim |
|--|--|--|-------------|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 111,112.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 64,731.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 138,657.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 314,500.00 |

|  |  | | Total claim |
|--|--|--|-------------|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 189,020.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 189,020.00 |

# ADDENDUM TO SCHEDULE EF

## PART I

**Line 2.2**   The debt to Cornerstone is apportioned to the following employees in the following way.

| NAME | ADDRESS | AMOUNT |
|------|---------|--------|
| Allison Bergland | 12823 Zilla Street, Coon Rapids, MN 55448 | 571.21 |
| Eileen Christianson | 4312 Coolidge Avenue, St Louis Park, MN 55424 | 5049.68 |
| Angela Dalbec | 1347 Oakwood Lane, Hanover, MN 55341 | 688.90 |
| Haley Durchschlag | 3308 Xenwood Ave. S., St Louis Park, MN 55416 | 64.90 |
| Alyssa Hoerl | 1005 Gramsie Road, Apt 240, St Paul, MN 55126 | 324.99 |
| Heather Lantz | 12200 Orchard Highway, Eden Prairie, MN 55344 | 125.98 |
| Antoinette Maki | 14801 80th Place North, Maple Grove, MN 55311 | 1316.72 |
| Andrea Meidl | 315 Meadow Lane N., Golden Valley, MN 55422 | 2386.18 |
| Odudayo Rabiu | 2837 Dupont Avenue South, Apt W404 Minneapolis, MN 55408-4633 | 763.44 |
| Kristine Sande | 5950 292nd Street East, Cannon Falls, MN 55009 | 6465.45 |
| Megan Schmitz | 13740 Atrium Avenue, Rosemount, MN 55068 | 2422.45 |

## Line 2.3

The debt to Spectrum is apportioned to the following employees in the following way.

| | | |
|------|---------|--------|
| Eileen Christianson | 4312 Coolidge Avenue, St Louis Park, MN 55414 | 3754.51 |
| Angela Dalbec | 1347 Oakwood Lane, Hanover, MN 55341 | 1758.01 |
| Kristine Sande | 5950 292nd Street East, Cannon Falls, MN 55009 | 2794.60 |
| Antoinette Maki | 14801 80th Place North, Maple Grove, MN 55311 | 1377.24 |
| Lydia Christianson | 4312 Coolidge Ave S., St Louis Park, MN 55424 | 305.48 |

Line 2.5:

Minnesota Department of Revenue, Mail Station 7703, St Paul, MN 55146. At least one debtor and another. Claim not subject to offset.  Claim is for taxes.  Last 4 digits of account is 5195. Debt incurred 12/31/2019. Total and priority claim $10,757.

Colonial Life. Account . . . 1061. $423.80 for Employee Life Insurance. Address is Processing Center, P.O. Box 1365, Columbia, South Carolina 29202-1365.

Domestic Support obligations owed to Rebecca Kovanda. Her address is 5347 Pinewood Trail, Edina, MN 55436.  This started on the date of their divorce, 9/20/2010.  The debt is Debtor 1's only and is not subject to offset. The total and priority amounts, they are equal, is $111,112.


**PART II.** 4.5.

These are creditors to whom certain amounts are owed.

Nathan Moretter-Bue's part of Cornerstone claim because claim was not for services at most 180 days before filing of petition.  Amount is $23,320.32.  Bue's address is 11197 Branching Horn, Eden Prairie, MN 55347.

The following creditors are creditors of both the Petitioner and Kovanda Plastic Surgery.

Petitioner bought medical supplies from Conmed Linvotec for $4.08.  That address is 525 French Road, Utica, New York 13502. Various dates, Not contingent, unliquidated, disputed or subject to offset.

Petitioner bought medical supplies from Johnson & Johnson ( now called Advanced Sterilization Products Services, Inc.) for $675.16.  That address is 5972 Collections Center Drive, Chicago, Illinois 60693.

Petitioner bought medical supplies from Sientra for $1830.00.  That address is Department LA24673, Pasadena, California 91185.

Petitioner bought medical supplies from Toll Gas & Welding Supply for $197.64.  That address is 3005 Niagara Lane North, Plymouth, MN 55447

Allergan; 12975 Collections Center Drive, Chicago, Illinois 60693. Medical supplies. $15,728.60.

Wells Johnson; 8000 South Kolb Road, Tucson, Arizona 85756. Medical supplies. $285.34.

Petitioner bought professional services on account #10243 from Boeckermann, Grafstrom and Mayer for $4205.79.  That address is 4470 West 78th Street Circle, Minneapolis, MN 55435.

Sciton; 925 Commercial Street, Palo Alto, California 94303. Medical supplies for business.  $12,483.97.

Ability Web Pay; Post Office Box 856015, Minneapolis, Minnesota 55485. Merchant account and customer payment services. Account No 634260.  $107.10.

I Heart Media; Advertising; 3964 Collection Center Drive, Chicago, Illinois 60693; $250.

Hydrafacials; Medical Supplies; 752 Wisconsin Avenue North, Golden Valley, Minnesota 55427; $367.20

AmeriPride; Medical Supplies; Invoice 100870088 on 4/30/2020. 700 Industrial Boulevard NE, Minneapolis, Minnesota 55412; $1666.09.

Henry Schein; Medical Supplies; Account #364589, Invoice #03282020 on 4/17/2020 for $1153.49; Department CH 10560, Palantine, Illinois 60055

Comcast; Account #8772106005067940 on 5/3/2020 for Internet Service; Post Office Box 60533, City of Industry, California 91716; $260.62.

Rectangle Health; Account #520003918881 for KPS and Account #520003918612 for AIE for credit processing services; P.O. Box 288, Chappaqua, New York 10514; Total claim amount $806.47

Mann Companies; For Business office lease; Post Office Box 3726, Minneapolis, Minnesota 55403; Debt Incurred March 5, 2015; At least one of the debtors and another (Kovanda Plastic Surgery, PLLC); Claim IS subject to offset, IS contingent, IS unliquidated and IS disputed.  As part of the lease contract landlord was supposed to pay petitioner a total of One Hundred and Fifty Thousand Dollars ($150,000) for improvements petitioner made to the office and paid for out of his own pocket.  The landlord petitioner made this agreement paid the first Thirty Thousand Dollars ($30,000) of this in Ten Thousand Dollar ($10,000) increments during 2016, 2017 and 2018.  During 2018 that landlord sold the property to Mann Companies.  Since then Mann Companies bought the property they have completely missed making such payment.  When petitioner  brought this to Mann's attention, Mann did not even let petitioner use this credit in lieu of rental payment.  During the period March to June 2020 petitioner was prevented from pursuing his profession due to Governor Walz's government order.  Yet, during this period of prevented work petitioner had to keep paying Mann out of his own personal funds.  In July 2020 petitioner decided to move his practice to another location, to a landlord more trustworthy. Landlord has never fully cured its default and currently owes petitioner One Hundred and Ten Thousand Dollars of the Tenant Improvements payments. Therefore, in petitioner's point of view, this debt is zero.  Copies of the lease face page, lease tenant improvements section and communications between the parties are herein attached.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Christopher | John | Kovanda |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Minnesota

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

**Be as complete and accurate as possible. If married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **See Addendum to Sch EF and G**<br>Name<br><br>Number      Street<br><br>City                    State      ZIP Code | See Names, Addresses and Amounts of Patients' Prepay Amounts to be filed under seal. Prepay amounts are for surgeries that have not been performed yet due to Covid 19. |
| 2.2 | The Ackerberg Group<br>Name<br>3033 Excelsior Boulevard Suite 10<br>Number      Street<br>Minneapolis            MN        55416<br>City                    State      ZIP Code | This is the Landlord for the space which offices Petitioner's business Kovanda Aesthetic Surgery, P.C. |
| 2.3 | T.I.A.A. Bank<br>Name<br>Post Office Box 911608<br>Number      Street<br>Denver                  CO        80291-1608<br>City                    State      ZIP Code | Business Telephone and Internet |
| 2.4 | <br>Name<br><br>Number      Street<br><br>City                    State      ZIP Code | |
| 2.5 | <br>Name<br><br>Number      Street<br><br>City                    State      ZIP Code | |

Debtor 1  Christopher _____ John _____ Kovanda _____          Case number *(if known)*_____
          First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
| --- | --- |

**2.2**
Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**
Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**
Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**
Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**
Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**
Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**
Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**
Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

Official Form 106G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Christopher<br>First Name | John<br>Middle Name | Kovanda<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Minnesota

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____
   City                        State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Aesthetic Institute of Edina, P.L.L.C.<br>Name<br>4999 France Avenue South, Suite 210<br>Number        Street<br>Edina                MN        55410<br>City                State        ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 2.1<br>☑ Schedule G, line 2.1, Add |
| **3.2** Kovanda Plastic Surgery, P.L.L.C.<br>Name<br>4999 France Avenue South, Suite 210<br>Number        Street<br>Edina                MN        55410<br>City                State        ZIP Code | ☑ Schedule D, line 2.5<br>☑ Schedule E/F, line 2.1<br>☑ Schedule G, line 2.1,Add |
| **3.3** Rebecca Kovanda<br>Name<br>5347 Pinewood Trail<br>Number        Street<br>Edina                MN        55436<br>City                State        ZIP Code | ☑ Schedule D, line 2.2<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Debtor 1    Christopher          John          Kovanda
            First Name      Middle Name      Last Name                    Case number *(if known)*_____

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3._**

Name

Number       Street

City                          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number       Street

City                          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number       Street

City                          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number       Street

City                          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number       Street

City                          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number       Street

City                          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number       Street

City                          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number       Street

City                          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

## <u>SCHEDULE H</u>

Line 3.1: CoDebtor is Aesthetic Institute of Edina, P.L.L.C., Suite 210, 4999 France Avenue South, Edina, Minnesota 55410; On lines already listed as well as: Schedule EF Lines 2.2, 2.3, 4.1, 4.5 and Addendum; and Schedules EF and G Addendum (To be filed under seal)

Line 3.2: CoDebtor is Kovanda Plastic Surgery, P.L.L.C., Suite 210, 4999 France Avenue South, Edina, Minnesota 55410; On lines already listed as well as Schedule D Addendum, Schedule EF Lines 2.2, 2.3, 4.2, 4.4, 4.5, 4.6 and Addendum; Schedules EF and G Addendum (To be filed under seal)

**Fill in this information to identify your case:**

Debtor 1    CHRISTOPHER        JOHN            KOVANDA
            First Name          Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name     Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Surgeon | Stay at home mother / student |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | Kovanda Plastic Surgery, PLLC | |
| | **Employer's address** | 4999 France Avenue South<br>Number   Street<br>Suite 210 | Number   Street |
| | | | Been above for about 2 years |
| | | Edina          MN     55410<br>City          State   ZIP Code | City          State   ZIP Code |
| | **How long employed there?** | 5 years | 5 years |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ 0 | $_____ 0 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $_____ 0 | + $_____ 0 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $_____ 0 | $_____ 0 |

Debtor 1   CHRISTOPHER    JOHN        KOVANDA                Case number *(if known)*_____
First Name      Middle Name      Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here..........................................................➔ | 4. | $_____0 | $_____0 |

**5. List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____0 | $_____0 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____0 | $_____0 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____0 | $_____0 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____0 | $_____0 |
| 5e. **Insurance** | 5e. | $_____0 | $_____0 |
| 5f. **Domestic support obligations** | 5f. | $_____0 | $_____0 |
| 5g. **Union dues** | 5g. | $_____0 | $_____0 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____0 | + $_____0 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $_____0 | $_____0 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____0 | $_____0 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 22,067.00 | $_____0 |
| 8b. **Interest and dividends** | 8b. | $    315 | $_____0 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____0 | $_____0 |
| 8d. **Unemployment compensation** | 8d. | $_____0 | $_____0 |
| 8e. **Social Security** | 8e. | $_____0 | $_____0 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Unemployment and stimulus payments | 8f. | $ 1,527.00 | $_____0 |
| 8g. **Pension or retirement income** | 8g. | $_____0 | $_____0 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $_____0 | + $_____0 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 23,909.00 | $_____0 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 23,908.00 + | $_____0 = $ 23,909.00 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: Unemployment and stimulus payments _____   11. + $_____0

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies          12. $ 23,909.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:   Because of losing his office petitioner suffered a million dollar loss of assets

**Fill in this information to identify your case:**

Debtor 1    CHRISTOPHER        JOHN        KOVANDA
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                           12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 18 | ☐ No  ☑ Yes |
| Son | 13 | ☐ No  ☑ Yes |
| Son | 11 | ☐ No  ☑ Yes |
| Son | 1.5 | ☐ No  ☐ Yes |
| Stepson | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,594.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 250.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ |

| Debtor 1 | CHRISTOPHER | JOHN | KOVANDA | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | **Your expenses** |
|---|---|---|---|

| | | | | Your expenses |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ | _____ |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 190.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 190.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | _____ |
| | 6d. Other. Specify: _____ | 6d. | $ | _____ |
| 7. | **Food and housekeeping supplies** | 7. | $ | 2,400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 1,220.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 220.00 |
| 10. | **Personal care products and services** | 10. | $ | 350.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 125.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 1,450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 755.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | _____ |
| | 15b. Health insurance | 15b. | $ | 850.00 |
| | 15c. Vehicle insurance | 15c. | $ | 65.00 |
| | 15d. Other insurance. Specify: Health Savings Account | 15d. | $ | 592.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ | _____ |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | _____ |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | _____ |
| | 17c. Other. Specify: Cont Ed, Home Office | 17c. | $ | 630.00 |
| | 17d. Other. Specify: Pet Care | 17d. | $ | 150.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 1,500.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | _____ |
| | 20b. Real estate taxes | 20b. | $ | _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | _____ |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | _____ |

| Debtor 1 | CHRISTOPHER | JOHN | KOVANDA | | Case number *(if known)*_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 21. | **Other**. Specify: Retirement Contributions _____ | 21. | +$ 1,625.00 |
|---|---|---|---|

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21.        22a.   $ 14,156.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $ 0

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   $ 14,156.00

**23. Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $ 23,909.00

23b. Copy your monthly expenses from line 22c above.    23b.   −$ 14,156.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.   $ 9,753.00

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.   Explain here: The above income figure is the monthly average from 2019 prorated to take the three months
of Covid of 2020, when Petitioner could not practice his profession due to government order,
into account.

---

Fill in this information to identify your case:

Debtor 1 ____Christopher____ ____John____ ____Kovanda____
         First Name          Middle Name         Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name         Last Name

United States Bankruptcy Court for the: _____ District of ____Minnesota____

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____    ✗ _____
Signature of Debtor 1                      Signature of Debtor 2

Date 03 / 29 / 2020                        Date _____
    MM / DD / YYYY                              MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1      Christopher   John            Kovanda
              First Name                Middle Name                    Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name                    Last Name

United States Bankruptcy Court for the:  _____  District of _____

Case number   _____
(If known)

☐ Check if this is an
    amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy       04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
| --- | --- |

**1.  What is your current marital status?**

☑ Married
☐ Not married

**2.  During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 7333 Gallagher Drive<br>Number    Street | From 11/01/2017<br>To  11/30/2018 | Number   Street | From _____<br>To  _____ |
| Apartment D305 | | | |
| Edina        MN   55435<br>City        State  ZIP Code | | City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____<br>To  _____ | Number   Street | From _____<br>To  _____ |
| City        State  ZIP Code | | City        State  ZIP Code | |

**3.  Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
| --- | --- |

Debtor 1   Christopher  John    Kovanda

First Name   Middle Name    Last Name

Case number (if known) _____

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $  105,580.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2019)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $  351,763 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $  112,068 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Brainerd property | $  578.00 | _____ | $_____ |
| | Unemp Comp | $  5,506.00 | _____ | $_____ |
| | Stimulus pymt | $  12,800.00 | _____ | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2019)<br>YYYY | Wells Fargo Bank | $  12 | _____ | $_____ |
| | Fifth Third Bank | $  38 | _____ | $_____ |
| | Brainerd property | $  1298 | _____ | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018)<br>YYYY | Wells Fargo Bank | $  28 | _____ | $_____ |
| | Fifth Third Bank | $  34 | _____ | $_____ |
| | IRS | $  253 | _____ | $_____ |

| Debtor 1 | Christopher John | Kovanda | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Digital Limelight Media<br>Creditor's Name | 04/10/2020 | $ 7,000.00 | $ 0.00 | ☐ Mortgage |
| | | | | ☐ Car |
| 601 Fifth Street NW<br>Number   Street | 03/10/2020 | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| Suite 201 | 02/10/2020 | | | ☑ Suppliers or vendors |
| | | | | ☐ Other _____ |
| Grand Rapids   MI   49504<br>City   State   ZIP Code | | | | |
| R.E.I. Co-op Mastercard<br>Creditor's Name | 01/14/2020 | $ 5,757.23 | $ 0.00 | ☐ Mortgage |
| | | | | ☐ Car |
| Post Office Box 6351<br>Number   Street | 01/22/2020 | | | ☑ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| Fargo   ND   58125<br>City   State   ZIP Code | | | | ☐ Other _____ |
| See Addendum to SFA<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____<br>Number   Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____<br>City   State   ZIP Code | | | | ☐ Other _____ |

Debtor 1   Christopher  John        Kovanda                                      Case number (if known)_____
           First Name   Middle Name   Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | | | | |
| City            State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | | | | |
| City            State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | | | | |
| City            State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | | | | |
| City            State    ZIP Code | | | | |

| Debtor 1 | Christopher   John | Kovanda | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name   Middle Name | Last Name | | |

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____<br><br>_____<br><br>Case number  _____ | | Court Name _____<br><br>Number   Street _____<br><br>City            State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title_____<br><br>_____<br><br>Case number  _____ | | Court Name _____<br><br>Number   Street _____<br><br>City            State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☐ No.  Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City           State   ZIP Code | See Addendum to SFA<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $_____ |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City           State   ZIP Code | <br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $_____ |

Debtor 1    Christopher  John    Kovanda
             First Name    Middle Name    Last Name

Case number *(if known)*_____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number     Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City          State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number     Street | | | |
| _____<br>City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number     Street | | | |
| _____<br>City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Christopher | John | Kovanda | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City       State      ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Howard Lazarus<br>Person Who Was Paid<br>3800 American Boulevard West<br>Number    Street<br>Suite 1500<br><br>Bloomington       MN     55431<br>City             State     ZIP Code<br>halazlaw@gmail.com<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | $ | 4/13/2020<br><br>_____ | $          5949<br><br>$_____ |

Debtor 1    Christopher  John        Kovanda        Case number (if known)_____
            First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| MoneySharp Credit Counseling | | 3/19/2020 | $ _____ 10 |
| Person Who Was Paid | | | |
| 222 Merchandise Mart Plaza | | _____ | $ _____ |
| Number    Street | | | |
| Suite 1225 | | | |
| Chicago          IL      60654 | | | |
| City              State    ZIP Code | | | |
| support@moneysharp.org | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, If Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $ _____ |
| | | | |
| City              State    ZIP Code | | _____ | $ _____ |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Dr Jennifer Harrington | Most of the medical equipment, office equipment, inventory and supplies of Petitioner's corporations. | $100,000. | 06/10/2020 |
| Person Who Received Transfer | | | |
| 2805 Campus Drive | | | |
| Number    Street | | | |
| Suite 485 | | | |
| Plymouth        MN    55441 | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you None | | | |
| | | | |
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Christopher | John | Kovanda | | Case number *(if known)*_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number   Street<br><br>_____<br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| _____<br>Name of Financial Institution<br><br>_____<br>Number   Street<br><br>_____<br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number   Street<br><br>_____<br>City          State    ZIP Code | _____<br>Name<br><br>_____<br>Number   Street<br><br>_____<br>City      State      ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1   Christopher   John   Kovanda
_First Name_   _Middle Name_   _Last Name_

Case number (*if known*)_____

---

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>**Name of Storage Facility**<br><br>4425 West 77th Street<br>**Number    Street**<br><br>Edina            MN    55435<br>**City            State    ZIP Code** | **Name**<br><br>**Number    Street**<br>                    55435<br>**City State  ZIP Code** | historic financial statements, medical books, demonstration implants, oversized tools, cub scout supplies, adult son's personal items, teen son's items | ☐ No<br>☑ Yes |

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Peregrine True Berry<br>**Owner's Name**<br><br>1547 East 33rd Street<br>**Number    Street**<br><br>Minneapolis    MN    55408<br>**City            State    ZIP Code** | <br>Post Office Box 3009<br>**Number    Street**<br><br>Monroe            WI    53566<br>**City            State    ZIP Code** | UGMA/UTMA Account with Vanguard | $        1018.45 |

---

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site**<br><br>**Number    Street**<br><br>**City            State    ZIP Code** | **Governmental unit**<br><br>**Number    Street**<br><br>**City            State    ZIP Code** | | _____ |

---

| Debtor 1 | Christopher | John | Kovanda | | Case number (if known)_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number    Street | _____ Number    Street | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**
☐ **Yes. Fill in the details.**

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____ Court Name | | ☐ Pending |
| _____ | _____ Number    Street | | ☐ On appeal |
| Case number _____ | _____ City          State    ZIP Code | | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**
☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Kovanda Plastic Surgery PLLC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 4999 France Avenue South | Doctor's medical practice | |
| Number    Street | | EIN: _2_ _6_ – _4_ _7_ _5_ _8_ _8_ _6_ _0_ |
| Suite 210 | Name of accountant or bookkeeper | Dates business existed |
| Edina          MN    55410 | Dan Boeckermann (2010 -- 2020), Howard Lazarus (2020 -- Present) | From 2009 ___ To Present |
| City          State    ZIP Code | | |

| Aesthetic Institute of Edina | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 4999 France Avenue South | Medical Practice | |
| Number    Street | | EIN: _4_ _7_ – _4_ _8_ _6_ _9_ _0_ _5_ _1_ |
| Suite 210 | Name of accountant or bookkeeper | Dates business existed |
| Edina          MN    55410 | Dan Boeckermann (2010 -- 2020), Howard Lazarus (2020 -- Present) | From 01/01/2009 To _____ |
| City          State    ZIP Code | | |

Debtor 1    Christopher  John    Kovanda    Case number *(if known)*_____
First Name    Middle Name    Last Name

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City    State    ZIP Code | | From  _____  To  _____ |

---

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☑ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Wells Fargo Bank | |
| Name | MM / DD / YYYY |
| MAC D440403A | |
| Number    Street | |
| P.O. Box 2715 | |
| Winston Salem  NC   27102 | |
| City    State    ZIP Code | |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date _____    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

LOCAL FORM 1007-1
REVISED 06/16

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:     CHRISTOPHER JOHN KOVANDA

Case No.

Debtor(s).

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the
attorney for the above-named debtor(s) and that compensation paid to me within one year before
the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be
rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case
is as follows:

For legal services, I have agreed to accept:           $ 5300.00

Prior to the filing of this statement I have received:     $ 5300.00

Balance Due                                   $ 0.00

2.      The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.      The source of the compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.

☑  I have not agreed to share the above-disclosed compensation with any other person
   unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or
   persons who are not members or associates of my law firm.  A copy of the agreement,
   together with a list of the names of the people or entities sharing in the compensation,
   is attached.

LOCAL FORM 1007-1
REVISED 06/16

5.      In return for the above-disclosed fee, together with such further fee, if any, as is provided
        in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal
        service for all aspects of the bankruptcy case, including:

        A.      Analysis of the debtor's financial situation, and rendering advice to the debtor in
                determining whether to file a petition in bankruptcy;

        B.      Preparation and filing of any petition, schedules, statements of affairs and plan
                which may be required;

        C.      Representation of the debtor at the meeting of creditors and confirmation hearing,
                and any adjourned hearings thereof;

        D.      Representation of the debtor in contested bankruptcy matters: and

        E.      Other services reasonably necessary to represent the debtor(s).

6.      Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the
        requirements in the Statement of Financial Affairs to disclose all payments made, or
        property transferred, by or on behalf of the debtor to any person, including attorneys, for
        consultation concerning debt consolidation or reorganization, relief under bankruptcy law,
        or preparation of a petition in bankruptcy.  I have reviewed the debtor's disclosures and they
        are accurate and complete to the best of my knowledge.

<div align="center">CERTIFICATION</div>

        I certify that the foregoing, together with the written contract required by 11 U.S.C.
§528(a)(1), is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy case.

Date: April 19, 2020                              //Howard A. Lazarus
      _____                    _____
                                                  Signature of Attorney

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Christopher     John     Kovanda |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | _____ District of _____ |
| Case number (if known) | _____ |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:  Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $ 0 | | | |
| Ordinary and necessary operating expenses | – $_____ | – $ 0 | | | |
| Net monthly income from a business, profession, or farm | $ 23,90 | $ 0 | Copy here → | $ 23,909.00 | $_____ 0 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 2970 | $ 0 | | | |
| Ordinary and necessary operating expenses | – $ 2862 | – $ 0 | | | |
| Net monthly income from rental or other real property | $ 108 | $ 0 | Copy here → | $ 108 | $_____ 0 |

Debtor 1   Christopher          John          Kovanda          Case number *(if known)*_____
          First Name    Middle Name    Last Name

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

7. **Interest, dividends, and royalties**   $_____4   $_____

8. **Unemployment compensation**   $_____0   $_____

   Do not enter the amount if you contend that the amount received was a benefit under
   the Social Security Act. Instead, list it here: ....................................... ↓

   For you ................................................................... $_____

   For your spouse ...................................................... $_____

9. **Pension or retirement income.** Do not include any amount received that was a
   benefit under the Social Security Act. Also, except as stated in the next sentence, do
   not include any compensation, pension, pay, annuity, or allowance paid by the United
   States Government in connection with a disability, combat-related injury or disability, or
   death of a member of the uniformed services. If you received any retired pay paid
   under chapter 61 of title 10, then include that pay only to the extent that it does not
   exceed the amount of retired pay to which you would otherwise be entitled if retired
   under any provision of title 10 other than chapter 61 of that title.   $_____0   $_____

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act; payments received
    as a victim of a war crime, a crime against humanity, or international or domestic
    terrorism; or compensation, pension, pay, annuity, or allowance paid by the United
    States Government in connection with a disability, combat-related injury or disability,
    or death of a member of the uniformed services. If necessary, list other sources on a
    separate page and put the total below.

    Unemployment Compensation_____   $____460.00   $_____

    Economic Stimulus_____   $__1,067.00   $_____

    Total amounts from separate pages, if any.   + $_____   + $_____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each
    column. Then add the total for Column A to the total for Column B.   $ 25,544.00   +   $_____   =   $25,544.00

    **Total average
    monthly income**

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |

12. **Copy your total average monthly income from line 11.** ...........................................................   $___25,544.00

13. **Calculate the marital adjustment.** Check one:

    ☐ You are not married. Fill in 0 below.

    ☐ You are married and your spouse is filing with you. Fill in 0 below.

    ☑ You are married and your spouse is not filing with you.

       Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of
       you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than
       you or your dependents.

       Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary,
       list additional adjustments on a separate page.

       If this adjustment does not apply, enter 0 below.

       _____   $_____

       _____   $_____

       _____   + $_____

    Total ...........................................................................................   $_____0   Copy here ➡   − _____0

14. **Your current monthly income.** Subtract the total in line 13 from line 12.   $ 25,544.00

Debtor 1    Christopher        John        Rovanda
           First Name        Middle Name        Last Name        Case number (if known)_____

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➜ ...................................................................................    $ 25,544.00

Multiply line 15a by 12 (the number of months in a year).    **x 12**

15b. The result is your current monthly income for the year for this part of the form. ...............................    $ 306,528.00

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.    MN

16b. Fill in the number of people in your household.    7

16c. Fill in the median family income for your state and size of household. ..................................................    $ 141,326.00

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under*
*11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☑ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under*
*11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).**
On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |

18. **Copy your total average monthly income from line 11.** ...................................................................    $ 25,544.00

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that
calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy
the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ....................................................    − $_____

19b. **Subtract line 19a from line 18.**    $ 25,544.00

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b. ...............................................................................................    $ 25,544.00

Multiply by 12 (the number of months in a year).    **x 12**

20b. The result is your current monthly income for the year for this part of the form.    $ 306,528.00

20c. Copy the median family income for your state and size of household from line 16c...................................    $ 141,326.00

21. **How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3,
*The commitment period is 3 years*. Go to Part 4.

☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
check box 4, *The commitment period is 5 years*. Go to Part 4.

Debtor 1    Christopher          John          Kovanda          Case number (*if known*)_____
              First Name      Middle Name      Last Name

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✖ _____          ✖ _____
Signature of Debtor 1                                         Signature of Debtor 2

Date _____                                    Date _____
     MM / DD  / YYYY                                           MM /   DD   / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify your case:**

Debtor 1    Christopher John            Kovanda
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    District of Minnesota

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 122C-2

# Chapter 13 Calculation of Your Disposable Income                    04/19

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---------|--------------------------------------------|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.  **The number of people used in determining your deductions from income**
    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

    7

| National Standards | You must use the IRS National Standards to answer the questions in lines 6-7. |
|--------------------|-------------------------------------------------------------------------------|

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

    $    3046

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1    Christopher John        Kovanda                    Case number *(if known)*_____
           First Name    Middle Name    Last Name

**People who are under 65 years of age**

7a.  Out-of-pocket health care allowance per person   $_____ 55

7b.  Number of people who are under 65        x ____ 7

7c.  Subtotal. Multiply line 7a by line 7b.    $_____ 385   Copy here ➔   $_____ 385

**People who are 65 years of age or older**

7d.  Out-of-pocket health care allowance per person   $_____ 0

7e.  Number of people who are 65 or older     x ____ 0

7f.  Subtotal. Multiply line 7d by line 7e.    $_____ 0   Copy here ➔   + $_____ 0

7g.  **Total**. Add lines 7c and 7f. ...................    $_____ 385   Copy here ➔ .......   $_____ 385

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |
| --- | --- |

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

■ Housing and utilities – Insurance and operating expenses
■ Housing and utilities – Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8.  **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    $_____ 662

9.  **Housing and utilities – Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    $_____ 1747

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
| --- | --- |
| Fifth Third Bank | $    1563 |
| Firefly F.C.U. | $    228.00 |
| _____ | + $_____ |

9b. Total average monthly payment    $ 1,791.00   Copy here ➔   – $ 1,791.00   Repeat this amount on line 33a.

9c. Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.    $_____ 0   Copy here ➔ .......   $_____ 0

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**    $_____ 137

Explain why:   Petitioner has an old house, built 1904, that shelters seven. They hope to repair to make more energy efficient

| Debtor 1 | Christopher | John | Kovanda | | Case number *(if known)*_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

☐ 1. Go to line 12.

☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.  $_____ 394

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| **Vehicle 1** | Describe Vehicle 1: | 2011 Toyota Highlander Hybrid |
|---|---|---|

13a. Ownership or leasing costs using IRS Local Standard .......................................  $_____ 217

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment | |
|---|---|---|
| Toyota Motor Credit | $_____ 636 | |
| _____ | + $_____ | |
| Total average monthly payment | $_____ 636 | **Copy here →** − $_____ 636  Repeat this amount on line 33b. |

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0. ...........  $_____ 0   **Copy net Vehicle 1 expense here →**  $_____ 0

| **Vehicle 2** | Describe Vehicle 2: | 2005 Chevrolet Aveo |
|---|---|---|

13d. Ownership or leasing costs using IRS Local Standard ..................................  $_____ 217

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment | |
|---|---|---|
| _____ | $_____ 0 | |
| _____ | + $_____ | |
| Total average monthly payment | $_____ 0 | **Copy here →** − $_____ 0  Repeat this amount on line 33c. |

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this number is less than $0, enter $0...................  $_____ 217   **Copy net Vehicle 2 expense here →**  $_____ 217

14. **Public transportation expense: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.**  $_____ 0

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.  $_____ 197

Debtor 1 _____Christopher_____John_____Kovanda_____   Case number *(if known)*_____
        First Name      Middle Name        Last Name

| | | | |
|---|---|---|---|
| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. | | |

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes. Do not include real estate, sales, or use taxes.                                    $_____ 0

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.   $_____ 0

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.

    Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.       $_____ 75

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.                                    $ 1,507.00

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:
    - as a condition for your job, or
    - for your physically or mentally challenged dependent child if no public education is available for similar services.   $_____ 156

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool. Do not include payments for any elementary or secondary school education.       $_____ 392

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.                                    $_____ 440

    Payments for health insurance or health savings accounts should be listed only in line 25.

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.                                   + $_____ 697

    Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 122C-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.** Add lines 6 through 23.                                    $ 8,230.00

| | | | |
|---|---|---|---|
| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. *Note:* Do not include any expense allowances listed in lines 6-24. | | |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $_____ 280 | |
| Disability insurance | $_____ 343 | |
| Health savings account | + $_____ 592 | |
| Total | $_____ 1215 | Copy total here ➤ ............................................................ $_____ 1215 |

    Do you actually spend this total amount?
    ☐ No. How much do you actually spend?      $_____
    ☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).    $_____ 0

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.    $_____ 0

    By law, the court must keep the nature of these expenses confidential.

Debtor 1 ___Christopher___ ___John___ ___Kovanda___

First Name   Middle Name   Last Name

Case number (if known)_____

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8. If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

$_____   0

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $170.83* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

$_____   854

* Subject to adjustment on 4/01/22, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

$_____   0

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).

Do not include any amount more than 15% of your gross monthly income.

+ $_____   305

32. **Add all of the additional expense deductions.**
Add lines 25 through 31.

$_____   2374

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | Average monthly payment |
|---|---|
| **Mortgages on your home** | |
| 33a. Copy line 9b here ................................................... ➔ | $ 1,791.00 |
| **Loans on your first two vehicles** | |
| 33b. Copy line 13b here. ................................................. ➔ | $ 636 |
| 33c. Copy line 13e here. ................................................. ➔ | $ 0 |

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| MCCD | Bz Assets | ☐ No ☐ Yes | $ 830 |
| Wells Fargo Bank | Bz Assets | ☐ No ☐ Yes | $ 15,267 |
| _____ | _____ | ☐ No ☐ Yes | + $ _____ |

33e. Total average monthly payment. Add lines 33a through 33d. ................. $ 18,524.00   Copy total here ➔   $ 18,524.00

Debtor 1    Christopher John_____Kovanda_____    Case number *(if known)*_____
                First Name    Middle Name    Last Name

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No. Go to line 35.

☑ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = + $_____ |

Total    $_____0    Copy total here ➡    $_____    0

35. **Do you owe any priority claims—such as a priority tax, child support, or alimony— that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No. Go to line 36.

☑ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims. .........................    $ 332,642.00    ÷ 60    $ 5,544.00

36. **Projected monthly Chapter 13 plan payment**    $ 15,000.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    x  0.085

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense    $ 1,275.00    Copy total here ➡    $ 1,275.00

37. **Add all of the deductions for debt payment.** Add lines 33e through 36.    $ 25,343.00

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* .........................    $ 8,230.00

Copy line 32, *All of the additional expense deductions* .........................    $ 2374

Copy line 37, *All of the deductions for debt payment* .........................+ $ 25,343.00

Total deductions .........................    $ 35,947.00    Copy total here ➡    $ 35,947.00

Debtor 1    Christopher John          Kovanda                              Case number (if known)_____
            First Name    Middle Name    Last Name

| Part 2: | Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2) |
|---|---|

39. **Copy your total current monthly income** from line 14 of Form 122C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.* ............................................ $ 25,544.00

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.                                          $_____ 0

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).                                $_____ 0

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here .......➔ $ 35,947.00

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | + $_____ |
| **Total** | $_____ |

Copy here ➔ + $_____

44. **Total adjustments.** Add lines 40 through 43. ...................................................... $ 35,947.00    Copy here ➔ − $ 35,947.00

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.       $ -10,403.00

| Part 3: | Change in Income or Expenses |
|---|---|

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of change.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C–1 ☐ 122C–2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 122C–1 ☐ 122C–2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 122C–1 ☐ 122C–2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 122C–1 ☐ 122C–2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |

Debtor 1   Christopher John        Kovanda
           First Name    Middle Name        Last Name                    Case number (if known)_____

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

✗ _____          ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date _____                              Date _____
     MM /   DD   / YYYY                                  MM /   DD   / YYYY