November 3, 2020

United States Bankruptcy Court, District of Minneapolis
Diana E. Murphy United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
2020 NOV -4 AM 10: 04
U.S. BANKRUPTCY COURT
MINNEAPOLIS MN

To: Chief Judge Michael E. Ridgway

This letter is to inform you that Christopher John Kovanda, himself and on behalf of his two companies Kovanda Plastic Surgery and Aesthetic Institute of Edina, whom has recently file bankruptcy with the United States Bankruptcy Court, District of Minneapolis has not provided to the court all the documents that is legally required by a bankruptcy ruling.

Christopher Kovanda is hiding personal funds of over $4,000,000.00, which he has failed to declare in his bankruptcy report, under the names of his current employees, Kris Sande and Angela Dalbec as well as Rebecca Louise Kovanda.

He has hidden several items of great value that have not been declared in his bankruptcy report such as: his grand-father's coin collection; multiple rifles; collectable stamp collection; train and model car collections; extensive fly fishing equipment; extensive camping gear; multiple handguns; extensive rock climbing equipment; desktop computer; hundreds of collectable vinyl records, CDs and DVDs; collectable Lego sets; fooze ball table; extensive collection of wood working tools; rare guitars; vintage trumpet; and, collectable Boy Scout equipment.

He has mentioned, for instance a coin collection in his bankruptcy report, but he is failing to report the second coin collection from his grand-father that he has in his possession, the one which is valuable to the Court and to his Creditors. He is hiding many of these valuable objects in his storage unit, in his own personal home and in the house of Rebecca Louise Kovanda.

Yours truly,


Anomynous